

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. A jury having been waived, the court found appellant guilty and assessed a fine of fifty dollars.

There is neither a bill of exception nor a statement of facts in the record. All proceedings appear regular. Nothing is presented for review.

The judgment is affirmed.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law. The jury assessed the penalty at a fine of $400 and thirty days in jail.

There is neither a statement of facts nor bill of exception in the record. All the proceedings appear regular. No question is presented for review.

The judgment is affirmed.

## COLE v. STATE.
### No. 25128.

Court of Criminal Appeals of Texas.

Jan. 31, 1951.

## TAYLOR v. STATE.
### No. 25033.

Court of Criminal Appeals of Texas.

Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant was convicted of the offense of driving an automobile upon a public highway while under the influence of in-

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.